IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SARA SURBER, individually and on behalf of all similarly situated individuals,** | ) ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) CIVIL ACTION NO. 14-0309-CG-M |
| **MCCARTHY, BURGESS & WOLFF, INC.,** | ) ) ) ) ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

In accordance with the Order granting the Defendant's motion for summary judgment, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiff, Sara Surber. It is, therefore, **ORDERED** that the Plaintiff's claims against Defendant are hereby **DISMISSED with prejudice**. Costs are to be taxed against Plaintiff.

**DONE and ORDERED** this 12th day of May, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE